UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LOUIS A. MANDARINI, III**

v.  **CIVIL ACTION NO. 21-10880-DJC**

**HIGHWAY SAFETY SOLUTIONS, INC., ET AL**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

October 29, 2021

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk